No. 78–5181. KOVACS v. BOLT ET AL. Motion for leave to file petition for writ of mandamus denied.

No. 77–1645. TRANSAMERICA MORTGAGE ADVISORS, INC. (TAMA), ET AL. v. LEWIS. C. A. 9th Cir. Certiorari granted.

No. 78–479. EDMONDS v. COMPAGNIE GENERALE TRANS-ATLANTIQUE. C. A. 4th Cir. Certiorari granted.